```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

HELEN L. GEORGE,                 )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No.  10 C 2912
                                 )
CENTRAL STEEL & WIRE COMPANY,    )
et al.,                          )
                                 )
          Defendants.            )
```

## MEMORANDUM ORDER

During this morning's status hearing, this Court granted the motion of both defendants--Central Steel & Wire Company and Daniel Sopata ("Sopata")--to dismiss Count IV of the Complaint brought against them by Helen George ("George"), a count that sounded in state law and was grounded in the tort of intentional infliction of emotional distress.  Defense counsel inquired whether, with only Count IV having targeted Sopata as a defendant, that called for his dismissal from the case.  Because this Court did not have its chambers file in hand, it was unable to respond.

Since then this Court has had the opportunity to review George's Complaint, which reflects that Central Steel & Wire Company is indeed the only defendant from whom relief is sought under Complaint Counts I through III.  Accordingly Sopata is dismissed as a defendant.

                                              _____
                                              Milton I. Shadur
Date:  August 20, 2010    Senior United States District Judge